**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Ben McCall, Jr.,

Plaintiff,

v.

Mountain View Hospital,

Defendant.

Case No. 2:26-cv-02106-CDS-DJA

**Order**

Before the Court is pro se Plaintiff Ben McCall, Jr.'s motion to extend the Federal Rule of Civil Procedure 4(m) deadline so that he may serve Defendant Mountain View Hospital. (ECF No. 5). Plaintiff explains that shortly after he filed his complaint on July 10, 2026, he became ill and his daughter had to fly from Denver to assist him. He adds that he lost two family members in the months following filing his complaint. Plaintiff asserts that "Defendants were served on 10/27/2026." On November 17, 2026, Sunrise MountainView Hospital, Inc. dba MountainView Hospital filed a motion to dismiss, arguing in part that Plaintiff had not successfully served it. (ECF No. 9).

The Court finds that Plaintiff has shown good cause to extend the service deadline. This is particularly true because Plaintiff is pro se and Defendant asserts that it was not properly served.[1] The Court therefore grants Plaintiff's motion and will extend the service deadline for sixty days from the date of this order. *See* Fed. R. Civ. P. 4(m).

---

[1] The Court makes no finding one way or the other whether Defendant was properly served.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 5) is **granted.** Plaintiff shall have until **January 19, 2027**, to accomplish service.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: November 20, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE